UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

KIAZA LOCENITT,

                    Plaintiff,

            - against -

DAVID DINELLO, KRISTIN SALOTTI, JANICE
WOLF, HOPE OBERTEAN, JACQUELINE LEVITT,
SHEHAB ZAKI, BRANDI LYNN CORIGLIANO,
MANDI ZACCAGNINO, EDWIN UZU, ALBERT
ACRISH, and DAVID KARANDY,

                    Defendants.    X

23-CV-3399 (LAP)

**ORDER AUTHORIZING THE
DEPOSITION OF AN
INCARCERATED INDIVIDUAL
[PROPOSED]**

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of KIAZA LOCENITT, DIN No. 13-A-3039, (*see* Dkt. No. 84), either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located.

Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated: July *16*, 2024

SO ORDERED.

Hon. Loretta A. Preska
United States District Judge